The People of the State of Illinois, ex rel. Clinton Gray, et al., Plaintiff-Appellee, v. The City of Rockford, Illinois, Defendant-Appellant.

Gen. No. 11,732.

Second District, Second Division.

May 23, 1963.

David A. North and William E. Collins, Corporate Counsel, of Rockford, for appellant; William R. Nash, State's Attorney, of Winnebago County (John R. Kinley and Elmer C. Rudy, of counsel), for appellee. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.